[No. 29772-8-II. Division Two. March 2, 2004.]

ANNETTE YANISCH, ET AL., *Appellants*, v. THE WESTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-2-01035-9, H. John Hall, J., entered December 13, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Houghton and Armstrong, JJ.

[No. 29794-9-II. Division Two. March 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN RAY WAGNER, SR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 02-1-01333-1, Jill Johanson, J., entered December 24, 2002. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.

[No. 29815-5-II. Division Two. March 2, 2004.]

*In the Matter of the Estate of* BERNARD B. KARLS.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-4-00531-7, Leonard W. Costello and Richard L. Brosey, JJ., entered December 26, 2002. *Affirmed in part* and *remanded* by unpublished opinion per Houghton, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 29829-5-II. Division Two. March 2, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS J. CAMPI, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-1-00442-8, H. John Hall, J., entered December 18, 2002. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.